## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

JAMES E. QUINN JR. AND MAUREEN
KATHLEEN QUINN,

        PLAINTIFFS,        CIVIL ACTION NO. 04-73418

v.        HONORABLE ARTHUR J. TARNOW
        UNITED STATES DISTRICT JUDGE

SEA LINK TOOL & MANUFACTURING
COMPANY, L.L.C., *ET AL.*,

        DEFENDANTS.
_____/

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [D/E # 40], DENYING PLAINTIFFS' MOTION TO SUPPLEMENT [D/E # 48], AND CLOSING PLAINTIFFS' MOTION TO COMPEL [D/E # 45]**

Having considered the parties' motions, briefs and positions presented during oral argument on October 10, 2006,

**IT IS HEREBY BY ORDERED** that Plaintiffs' Motion to Supplement their Response to Defendant's Motion for Summary Judgment is **DENIED** because Plaintiffs' late filing left Defendants unable to respond. As a result, this Court did not consider Plaintiffs' Motion to Supplement when ruling on Defendants' Motion for Summary Judgment.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment be **GRANTED IN PART** and **DENIED IN PART** for the reasons set

forth on the record. As stipulated, Spearing Tool & Manufacturing Company, L.L.C. is **DISMISSED** from this case **WITH PREJUDICE**. Sea Link Tool & Manufacturing Company, L.L.C. however remains as a defendant.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion to Compel was addressed by the Court at the October 10, 2006 hearing. The motion should be **ADMINISTRATIVELY CLOSED** since both parties agreed to extend discovery for 90 days to conduct depositions.

**IT IS SO ORDERED**.

s/Arthur J. Tarnow
Arthur J. Tarnow
United States District Judge

Dated: October 11, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 11, 2006, by electronic and/or ordinary mail.

s/Theresa E. Taylor
Case Manager