UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES E. QUINN, JR., AND MAUREEN
KATHLEEN QUINN,

       Plaintiffs,

v.                                        Case No. 04-73418

SEA LINK TOOL & MANUFACTURING CO.,      Honorable Arthur J. Tarnow
L.L.C.,

       Defendant.
                                        /

**ORDER DENYING DEFENDANT SEA LINK TOOL'S MOTION TO ALTER JUDGMENT AND FOR REMITTITUR AND FOR STAY [112] AND SETTING BOND**

Before the Court is defendant's motion to alter judgment and for remittitur and for stay. The matter came on for a hearing on February 15, 2008.

       For the reasons stated on the record, the motion is DENIED.

       Bond pending appeal is set at $2,000,000.


       SO ORDERED.


                                    S/ARTHUR J. TARNOW
                                    Arthur J. Tarnow
                                    United States District Judge

Dated: February 19, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 19, 2008, by electronic and/or ordinary mail.

                                    S/THERESA E. TAYLOR
                                    Case Manager